AO 442 (Rev. 01/09) Arrest Warrant

**SEALED BY COURT ORDER**

**FILED**
AUG 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| --- | --- |
| v. | ) |
| JAMES HINKLE | ) Case No. |
| Defendant | ) |
| | ) 4-16-71045 |
| | ) 1:16mj107 SAB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JAMES HINKLE, a/k/a "Big Jim"**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B), 843(b), conspiracy to manufacture, distribute and possess with intent to distribute, heroin, methamphetamine, cocaine, alprazolam and 100 or more marijuana plants.

Date: 8/18/16

_____
Issuing officer's signature

City and state: Oakland, CA

Hon. Kandis A. Westmore
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

SEALED BY COURT ORDER

ORIGINAL FILED
AUG 19 2016
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America
v.
James Hinkle,
a/k/a "Big Jim"

*Defendant(s)*

Case No.

4-16-71045

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 16, 2016** in the county of **Contra Costa** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to mfr, distribute, possess with intent to distribute heroin, cocaine, methamphetamine, alprazolam and 100 or more marijuana plants |
| 21 U.S.C. § 843(b) | Illegal use of a communications facility |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Jarred Pereira.
(Approved as to form: _____ AUSA Frank Riebli)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jarred Pereira, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/18/16

_____
*Judge's signature*

City and state: Oakland, CA

Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

AO 257 (Rev. 6/78)

**SEALED**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
21 U.S.C. section 843(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**DEFENDANT - U.S**

▶ James Hinkle, a/k/a "Big Jim"

DISTRICT COURT NUMBER

**4-16-71045**

FILED
AUG 19 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Brian J. Stretch
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Frank Riebli

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
   ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)   Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Heroin, Methamphetamine, Cocaine, Alprazolam and 100 or More Marijuana Plants

    Minimum 5 years prison
    Maximum 40 years
    Minimum 4 years supervised release following incarceration
    Maximum lifetime supervised release
    Maximum $5,000,000 fine
    $100 special assessment
    Forfeiture
    Denial of federal benefits

21 U.S.C. § 843(b)   Illegal Use of a Communication Facility

    Maximum 4 years
    Maximum 3 years supervised release
    Maximum $250,000 fine
    $100 special assessment
    Forfeiture

**SEALED BY COURT ORDER**

1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

4 FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6    Oakland, California 94612
    Telephone: (510) 637-3680
7    FAX: (510) 637-3724
    Frank.Riebli@usdoj.gov

8
Attorneys for United States of America



AUG 1 9 2016

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:
) CASE NO. 4-16-71045
)
APPLICATION FOR CRIMINAL ) MOTION TO SEAL
COMPLAINTS AND SEARCH WARRANTS )
)
)
) **FILED UNDER SEAL**
)
)

Plaintiff the United States of America moves the Court to seal the record in the above-captioned case pending further order of the Court. "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." Nixon v. Warner Commc'n, Inc., 435 U.S. 589, 598 (1978). The exercise of this inherent supervisory power is left to the Court's discretion. Hagestad v. Tragesser, 49 F.3d 1430, 1434 (9th Cir. 1995).

There are compelling reasons to seal the proceedings in this case. There are sixteen defendants, and fourteen search locations in two federal districts. Coordinating the arrests and searches of these persons and locations will be a logistical challenge. If any of the defendants learns of this complaint or the search warrants, that defendant may notify others and jeopardize the agents' ability to arrest everyone named in the complaint. The defendants may also destroy or hide evidence, making it more

1 | difficult to prosecute them for the offenses they have committed.

2 |     For the foregoing reasons, the government requests that the Court seal the record pending further
3 | order of the Court.

4 | DATED: August 17, 2016            Respectfully submitted,

                                            BRIAN J. STRETCH
                                            Acting United States Attorney

                                            FRANK J. RIEBLI
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: ) | CASE NO. |
| ) | |
| APPLICATION FOR CRIMINAL ) | ORDER SEALING RECORD |
| COMPLAINTS AND SEARCH ) | |
| WARRANTS ) | |
| ) | |
| ) | |
| )) | **FILED UNDER SEAL** |
| ) | |
| ) | |

The Court has the inherent power and the discretion to seal its own record where doing so is necessary to protect a compelling interest, where there is a substantial probability that this compelling interest would be harmed if the Court does not seal its record, and where there are no other alternatives that would adequately protect that interest. See Nixon v. Warner Commc'n, Inc., 435 U.S. 589, 598 (1978); In re Copley Press, Inc., 518 F.3d 1022, 1026 (9th Cir. 2008); Hagestad v. Tragesser, 49 F.3d 1430, 1434 (9th Cir. 1995). After reviewing the present motion, the Court finds that sealing the record in this case is necessary to prevent the destruction of evidence and the defendants' flight to avoid prosecution. For these reasons, the Court finds that the government's compelling interests outweigh the public's competing interest in open criminal proceedings. Accordingly, the Court orders that the record

1  in this case be sealed pending further order of this Court.

2  IT IS SO ORDERED.

3  Dated: August 18, 2016

HON. KANDIS A. WESTMORE
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JAMES HINKLE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JAMES HINKLE, a/k/a "Big Jim"**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B), 843(b), conspiracy to manufacture, distribute and possess with intent to distribute, heroin, methamphetamine, cocaine, alprazolam and 100 or more marijuana plants.

Date: 8/18/16

*Issuing officer's signature*

City and state: Oakland, CA

Hon. Kandis A. Westmore
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*